Gina M. Corena, Esq.
Nevada Bar No. 10330
gina@lawofficecorena.com
Anthony L. Ashby, Esq.
Nevada Bar No. 4911
anthony@lawofficecorena.com
**GINA CORENA & ASSOCIATES**
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 987-6507
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIDEL VLADIMIR SOTO ORTIZ, individually; ABEL GONZALEZ JR., individually; OSCAR MANUEL SEVILLA RIOS, individually; LUIS RAMIREZ BANDA, individually; GERZAN JESUS SANDOVAL CANALES, individually.<br><br>Plaintiffs,<br><br>v.<br><br>QUALITY LOGISTICS, INC., a Foreign; DOES I through XV, and ROE Corporations I through X, inclusive,<br><br>Defendant. | CASE NO.  2:25-cv-1360-CDS-MDC<br><br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S FRCP RULE 35 MEDICAL EXAMINATION** |

Plaintiff, Abel Gonzalez Jr., and Defendant, Quality Logistics, Inc., through their respective attorneys or record, stipulate and agree to the terms of Plaintiff's FRCP Rule 35 Medical Examination as follows:

1. The medical examination of Plaintiff shall be conducted by Dr. Brian Rudin, a physician licensed to practice in the state of Nevada.  No other physician, surgeon, or chiropractor shall be present during the examination.  If necessary, the medical examiner may utilize members of their staff to assist during the examination.

1

2.  The examination shall be completed within two (2) hours of its commencement, and Plaintiff will not be made to wait in the doctor's waiting room for the examination to begin for more than thirty (30) minutes from the designated commencement time. However, should Plaintiff be made to wait longer than thirty (30) minutes, Plaintiff's counsel will contact Defense counsel so that counsel can make a good faith effort to remedy the issue regarding Plaintiff's extended wait time.

3.  No CT scans, X-rays, MRI's and/or any other imaging exams shall be performed on the Plaintiff in the course of the examination, nor shall any medical treatment be rendered to the Plaintiff by the medical examiner.

4.  The medical examiner shall be provided with a copy of these terms and conditions prior to the examination.

5.  Plaintiff is to be permitted to record the examination in its totality using an audio recorder or any other similar electronic device utilized for the purpose of recording.

6.  Within thirty (30) days following the examiners production of the report or by the expert disclosure deadline, whichever is sooner, Plaintiff shall be provided with a copy of the written report of the examiner consistent with the FRCP.

7.  Neither defense counsel nor Plaintiff's counsel, nor anyone from their respective offices, may attend the examination.

8.  The examining physician shall not engage in *ex-parte* contact with Plaintiff's treating health care providers, with regard to the Plaintiff.

9.  To the extent the Federal Rules of Procedure and related law require, the examiner will retain all handwritten notes, e-mails sent and received, and all documents generated or received, including draft reports, related to the examination.

10. Consistent with the Federal Rules of Procedure and a related appropriate request, the

examiner will produce a copy of his entire file upon request by Plaintiff counsel, including any test materials/raw data.

11. The examiner will accurately report his findings and test results.

12. Liability questions may not be asked by the examining physician or any agent or representative of the examining physician.

13. To the extend the Federal Rules of Procedure and related law require, the report generated by the examiner will list all tests, exams, other material (radiographs, test results, other physician reports) that are used by the examiner to form the examiner's opinions and conclusions. To the extent the Federal Rules of Procedure and related law require, all reference materials must be referred to within the report, otherwise, to the extent consistent with the Federal Rules of Procedure and related law, they will be precluded as part of the basis of the medical examiner's opinions.

14. To the extent consistent with the Federal Rules of Procedure and related law, best efforts will be made by Counsel and the Examiner to conduct the deposition of the Examiner on a date and time when the Examiner is available by Zoom to minimize the additional costs and/or delays in conducting the deposition of the Examiner.

///

///

///

///

///

///

///

///

///

3

15. Notwithstanding the contents of this Stipulation, none of the parties waive any rights or remedies the Nevada Rules of Procedure or related law provide related to NRCP 35 medical examinations.

**DATED** November 4, 2025
**GINA CORENA & ASSOCIATES**

*/s/ Anthony Ashby*
Anthony L. Ashby, Esq.
Nevada Bar No. 4911
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorney for Plaintiffs*

**DATED** November 4 , 2025
**LEWIS BRISBOIS BISGAARD & SMITH**

*/s/ Matthew Cavanaugh*
Matthew Cavanaugh, Esq.
Nevada Bar No. 11077
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorney for Defendant*

## ORDER

IT IS HEREBY ORDERED that the terms of the Rule 35 Medical Examination as stipulated and agreed to by Counsel be GRANTED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: November 12, 2025