Gina M. Corena, Esq.
Nevada Bar No. 10330
gina@lawofficecorena.com
Anthony L. Ashby, Esq.
Nevada Bar No. 4911
anthony@lawofficecorena.com
GINA CORENA & ASSOCIATES
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIDEL VLADIMIR SOTO ORTIZ, individually; ABEL GONZALEZ JR., individually; OSCAR MANUEL SEVILLA RIOS, individually; LUIS RAMIREZ BANDA, individually; GERZAN JESUS SANDOVAL CANALES, individually.<br><br>Plaintiffs,<br><br>v.<br><br>QUALITY LOGISTICS, INC., a Foreign; DOES I through XV, and ROE Corporations I through X, inclusive,<br><br>Defendant. | CASE NO.: 2:25-CV-1360-CDS-MDC<br><br>**STIPULATION AND ORDER TO AMEND PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Plaintiffs, FIDEL VLADIMIR SOTO ORTIZ, ABEL GONZALEZ JR., OSCAR MANUEL SEVILLA RIOS, LUIS RAMIREZ BANDA and GERZAN JESUS SANDOVAL CANALES, and Defendant, QUALITY LOGISTICS, INC., by and through counsel of record, hereby stipulate and agree as follows:

1. That Plaintiff may amend his Complaint to add Kris Phillips

///

///

///

1

as a Defendant.[1]

| Dated this 15th day of December 2025. | Dated this 15th day of December 2025. |
|---|---|
| **GINA CORENA & ASSOCIATES** | **LEWIS BRISBOIS BISGAARD & SMITH** |
| */s/ Anthony Ashby*<br>Gina M. Corena, Esq.<br>Nevada Bar No. 10330<br>Anthony L. Ashby, Esq.<br>Nevada Bar No.: 4911<br>300 S. Fourth Street, Suite 1400<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* | */s/ Matthew Cavanaugh*<br>Matthew Cavanaugh, Esq.<br>Nevada Bar No.: 11077<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>*Attorney for Defendant* |

**ORDER**

**IT IS SO ORDERED** that Plaintiffs may amend their First Amended Complaint to add KRIS PHILLIPS as a Defendant.

DATED: December 16, 2025

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:
**GINA CORENA & ASSOCIATES**

*/s/ Anthony Ashby*
Gina M. Corena, Esq.
Nevada Bar No.: 10330
Anthony L. Ashby, Esq.
Nevada Bar No. : 4911
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

---

[1] A copy of the Plaintiff's Second Amended Complaint is attached as Exhibit 1.

2