# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Fidel Vladimir Soto Ortiz, *et al.*,
                          Plaintiffs,

v.

Quality Logistics, Inc.,
                          Defendants.

Case No. 2:25-cv-01360-CDS-MDC

**ORDER APPROVING PLAINTIFFS' SUBSTITUTION OF ATTORNEY (ECF NO. 25)**

The Court has reviewed plaintiffs' *Substitution of Attorney* ("Substitution") (ECF No. 25). The Court **APPROVES** the Substitution for the reasons below.

The Substitution states that Jenna Pyle, Esq. of Gina Corena & Associates ("Corena & Associates") will substitute as plaintiffs' co-counsel of record in place of Daniel E. Joslyn, Esq. who is no longer apart of Corena & Associates. *ECF No. 25*; *see Docket*. Corena & Associates will continue to represent plaintiffs. *ECF No. 25.* Finding good cause and because plaintiffs consent to Ms. Pyle being substituted in (ECF No. 25 at 1), the Court approves the Substitution.

ACCORDINGLY,

**IT IS ORDERED** that:

1.    Plaintiffs' *Substitution of Attorney* (ECF No. 25) is **APPROVED**.

2.    Jenna Pyle, Esq. shall be substituted as plaintiffs' co-counsel of record in place of Daniel E. Joslyn, Esq. This means that Daniel E. Joslyn, Esq. shall be terminated as counsel of record for plaintiffs and removed from CM/ECF service in this matter.

IT IS SO ORDERED.

Dated: April 24, 2026.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

1