**SAO**
MATTHEW A. CAVANAUGH
Nevada Bar No. 11077
Matthew.Cavanaugh@lewisbrisbois.com
STEVEN L. FOREMASTER
Nevada Bar No. 10350
Steven.Foremaster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant* QUALITY LOGISTICS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FIDEL VLADIMIR SOTO ORTIZ, individually; ABEL GONZALEZ JR., individually; OSCAR MANUEL SEVILLA RIOS, individually; LUIS RAMIREZ BANDA, individually; GERZAN JESUS SANDOVAL CANALES, individually,

Plaintiffs,

vs.

QUALITY LOGISTICS, INC., a Foreign; KRIS PHILLIPS, an individual; DOES I through XV, and ROE Corporations I through X, inclusive,

Defendants.

CASE NO.: 2:25-cv-1360-CDS-MDC

**THE PARTIES JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

IT IS HEREBY STIPULATED by and between Plaintiffs, Fidel Vladimir Soto Ortiz, Abel Gonzalez, Jr., Oscar Manuel Sevilla Rios, Luis Ramirez Banda, Gerzan Jesus Sandoval Canales, (collectively, “Plaintiffs”) and Defendants, Quality Logistics, Inc., and Kris Phillips, (collectively “Defendants”) through their respective attorneys of record, to continue all discovery deadlines in the above-captioned matter.

**A. <u>DISCOVERY COMPLETED</u>**

1. On May 20, 2025, Plaintiffs filed their Complaint in the Clark County District Court, Clark County, Nevada.

2. On July 28, 2025, Defendant Answered the Complaint.
3. On July 28, 2025, Defendant filed its Petition for Removal.
4. On September 18, 2025, the parties filed a Stipulated Joint Discovery Plan and Scheduling Order Pursuant to FRCP 26(f) and Local Rule 26-1(b).
5. On October 8, 2025, the parties submitted an Amended Stipulated Joint Discovery Plan and Scheduling Order Pursuant to FRCP 26(f) and Local Rule 26-1(b).
6. On October 14, 2025, the Court entered an Order Denying the Amended Stipulated Joint Discovery Plan and Scheduling Order signed by Magistrate Maximiliano D. Couvillier, III.
7. On November 7, 2025, the parties submitted a Stipulation and Order Regarding Plaintiff Abel Gonzalez, Jr.'s FRCP Rule 35 Examination.
8. On November 7, 2025, Plaintiff served her Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1).
9. On November 10, 2025, Plaintiff Abel Gonzalez, Jr. served Interrogatories on Defendant Quality Logistics, Inc.
10. On November 12, 2025, the Court entered the Stipulation and Order Regarding Plaintiff Abel Gonzalez, Jr.'s FRCP Rule 35 Examination.
11. On November 14, 2025, Defendant Quality Logistics, Inc. served its Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26(a)(1)(c).
12. On November 19, 2025, Plaintiff Abel Gonzalez, Jr. underwent a Rule 35 Examination by Brian D. Rudin, M.D.
13. On December 15, 2025, the parties submitted a Stipulation and Order to Amend Plaintiffs' Complaint to add Kris Phillips as a Defendant.
14. On December 16, 2025, the Court entered the Stipulation and Order to Amend Plaintiffs' Complaint to add Kris Phillips as a Defendant.
15. On December 18, 2025, Plaintiffs filed their First Amended Complaint.
16. On December 17, 2025, Defendant Quality Logistics, Inc. served its Initial Designation of Expert Witnesses and Documents Pursuant to FRCP 26(a)(1)(C) disclosing Brian D. Rudin, M.D., as a defense expert and disclosing the Rule 35 Examination Report for Plaintiff Abel Gonzalez, Jr. prepared by Dr. Rudin.

17. Disclosure of the Rule 35 Examination Report for Plaintiff Fidel Soto-Ortiz prepared by Dr. Rudin.
18. The Parties have disclosed initial and rebuttal experts.
19. The deposition of Quality Logistics 30(b)(6) witness, Derrick Palato, on July 30, 2026.
20. The deposition of Plaintiff Fidel Soto-Ortiz on September 16, 2026.
21. The parties have exchanged discovery documents and witness lists pursuant to FRCP.
22. Supplements to the parties' respective FRCP disclosures have been served.
23. Defendants have propounded Initial Requests for Production, Requests for Admission, and Interrogatories on Plaintiffs and Plaintiffs have responded to said discovery.
24. Plaintiff Abel Gonzalez, Jr., has propounded Initial Requests for Production and Interrogatories on Defendant Quality Logistics and Kris Phillips, with both Defendants responding to said discovery.

**B. REMAINING DISCOVERY**

1. The deposition of Plaintiff Abel Gonzalez Jr.
2. The deposition of Plaintiff Oscar Manuel Sevilla Rios.
3. The deposition of Plaintiff Luis Ramirez Banda.
4. The deposition of Plaintiff Gerzan Jesus Sandoval Canales.
5. The deposition of Defendant Kris Phillips.
6. Additional depositions of fact witnesses and treating providers, as necessary.
7. Expert depositions, as necessary.

**C. REASON WHY DISCOVERY WAS NOT COMPLETED**

The Parties have been working diligently and cooperatively to move discovery forward in this matter. However, discovery has been delayed due to a number of case developments, including the recent addition of parties, which required time and coordination to finalize. The Parties have also been working through the exchange of written discovery and the need to coordinate depositions involving various individuals and entities. These efforts have taken longer than anticipated and, as a

result, additional time is necessary to complete outstanding discovery, including party, fact witness depositions and expert depositions.

Finally, Plaintiff Gonzalez recently underwent surgery in April of 2026, and although Plaintiffs were diligent in their attempt to obtain the medical records for the surgery, they were not obtained until June 2026. The requested extension is not made for purposes of delay but to allow the Parties a fair opportunity to complete discovery in an orderly and efficient manner.

**D. CURRENT DEADLINES**

- Initial Expert Disclosures: August 10, 2026
- Rebuttal Expert Disclosures: September 9, 2026
- Close of Discovery: October 12, 2026
- Last Day to File Dispositive Motions: November 9, 2026
- Joint Pre-Trial Order December 9, 2026

**E. PROPOSED DEADLINES**

- Initial Expert Disclosures: **N/A**
- Rebuttal Expert Disclosures: **N/A**
- Close of Discovery: **January 15, 2027**
- Last Day to File Dispositive Motions: **February 12, 2027**
- Joint Pre-Trial Order: **March 15, 2027**

This request for an extension of time is not sought for any improper purpose or other purpose of delay. The parties are seeking sufficient time to conduct discovery in this case and adequately prepare their respective cases for trial. The parties respectfully submit that the reasons set forth above constitute a substantive showing supporting the requested extension and provide compelling reasons and good cause for the requested ninety-five (95) day extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Counsel to this matter have agreed to the use of their e-signatures via email correspondence attached hereto.

DATED September 16, 2026.

/s/ Jenna Pyle

**GINA CORENA & ASSOCIATES**
Gina M. Corena, Esq.
Nevada Bar No. 10330
Jenna Pyle, Esq.
Nevada Bar No. 15309
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

DATED September 16, 2026.

/s/ Matthew Cavanaugh

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Matthew A. Cavanaugh, Esq.
Nevada Bar No. 11077
Steven L. Foremaster, Esq.
Nevada Bar No. 10350
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118
*Attorneys for Defendant, Quality Logistics, Inc. & Kris Phillips*

**ORDER**

**IT IS SO ORDERED**

Hon. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

Dated: September 18, 2026